United States District Court
Western District of Texas
San Antonio
**Deficiency Notice**

| | |
|---|---|
| To: | Bobbitt, Calhoun |
| From: | Court Operations Department, Western District of Texas |
| Date: | Thursday, October 11, 2018 |
| Re: | 05:18-CV-00966-FB / Doc # 8 / Filed On: 10/10/2018 04:28 PM CST |

Pursuant to the <u>Administrative Policies and Procedures for Electronic Filing in Civil and Criminal Cases</u>, the following pleading has been filed. However, it is deficient in the area(s) checked below. Please correct the deficiency(ies), as noted below, and re-file document **IMMEDIATELY**. When re-filing document, other than a motion, please ensure you add 'corrected' to the docket text. If the document you are re-filing is a motion, select 'corrected' from the drop-down list.

**If an erroneous filing results in failure to meet a deadline, you will need to seek relief, for any default, from the presiding judge.**

(1) Other
   Remarks: Please file your Motion to Dismiss seperately according to Fed Rule 12b, Answer cannot have the Motion filed within the same document. Please refile the Motion seperately.