UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NIKOLAY RASTORGUEV | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 5:18-CV-00966-FB |
| | § | |
| DAVID SEPIACHVILI, | § | |
| DAVID A. SEPIASHVILI, | § | |
| ATERRA EXPLORATION, LLC, | § | |
| SOUTHTEX ENERGY CORP., | § | |
| LEVEL ONE ADVISORS, INC., and | § | |
| TIGHT ROCK COMPANY, LLC, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF APPEARANCE

TO THE HONORABLE COURT:

COMES NOW Reagan Marble, Jason Rodgers, and Brian Oates of the law firm of Jackson Walker L.L.P. and enters this their appearance as counsel of record herein on behalf of Defendants David Sepiachvili, David A. Sepiashvili, Aterra Explorations, LLC, SouthTex Energy Corp., Level One Advisors, Inc., and Tight Rock Company, LLC.

    Respectfully submitted,

    **JACKSON WALKER L.L.P.**
    112 E. Pecan Street, Suite 2400
    San Antonio, Texas 78205
    Telephone: (210) 978-7700
    Telecopier: (210) 978-7790

    By: */s/ Reagan Marble*
        Reagan Marble
        State Bar No. 24087971
        Jason Rodgers
        State Bar No. 24005540
        Brian Oates
        State Bar No. 24088144

    ATTORNEYS FOR DEFENDANTS

## **CERTIFICATE OF SERVICE**

  This is to certify that on this 27th day of November, 2018, a true and correct copy of the foregoing was served electronically upon all parties receiving notice via the Court's ECF/PACER system.

             /s/ *Reagan Marble*
             Reagan Marble