UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NIKOLAY RASTORGUEV, | § § § | |
| Plaintiff, | § § | |
| v. | § § | SA-18-CA-966-FB (HJB) |
| DAVID SEPIACHVILI, DAVID A. SEPIACHVILI, ATERRA EXPLORATION LLC, SOUTHTEX ENERGY CORP., LEVEL ONE ADVISORS, INC., and TIGHT ROCK COMPANY, LLC, | § § § § § § | |
| Defendants. | § | |

**ORDER SETTING
SCHEDULING CONFERENCE**

The matter before the Court is the scheduling of the above-mentioned case which was referred to the undersigned on November 6, 2018. (*See* Docket Entry 16.) It is hereby **ORDERED** that this case is set for a Scheduling Conference on **January 17, 2019**, at **2:00 P.M.** in Courtroom C on the 4th Floor of the John H. Wood, Jr., United States Courthouse, 655 E. César Chávez Boulevard, San Antonio, Texas, 78206.

**SIGNED** on December 3, 2018.

_____
Henry J. Bemporad
United States Magistrate Judge