UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| **NIKOLAY RASTORGUEV** § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No.  5:18-CV-00966-FB |
| § | |
| **DAVID SEPIACHVILI,** § | |
| **DAVID A. SEPIASHVILI,** § | |
| **ATERRA EXPLORATION, LLC,** § | |
| **SOUTHTEX ENERGY CORP.,** § | |
| **LEVEL ONE ADVISORS, INC., and** § | |
| **TIGHT ROCK COMPANY, LLC,** § | |
| § | |
| Defendants. | |

### DEFENDANTS' NOTICE OF WITHDRAWAL OF THEIR PENDING MOTION TO DISMISS COMPLAINT FOR LACK OF SUBJECT MATTER JURISDICTION

Defendants David Sepiachvili, David A. Sepiashvili, Aterra Explorations, LLC, SouthTex Energy Corp., Level One Advisors, Inc., and Tight Rock Company, LLC file this notice to withdraw their pending Motion to Dismiss Complaint for Lack of Subject Matter Jurisdiction (the "Motion"), and to inform the Court thereof.  Defendants endeavored to file the Motion on October 10, 2018 (Dkt. No. 8).  Defendants received a filing deficiency notice, and made a  corrective filing of the Motion on October 15, 2018 (Dkt. No. 10).  Plaintiff does not oppose Defendants' withdrawal of the Motion.

Defendants and Plaintiff are currently conferencing on whether the parties' can agree to stay this action and proceed to arbitration.  If agreement cannot be reached, Defendants intend to file a motion to dismiss on 12(b)(1) grounds that would supersede the Motion.  The jurisdictional challenge in the Motion was based on Defendants' position that the parties' dispute did not involve the purchase or sale of any securities.  If the parties do not agree to arbitration,

Defendants will urge dismissal under 12(b)(1) on the grounds that an arbitration clause governs the parties' dispute and deprives the Court of subject matter jurisdiction. This jurisdictional challenge supersedes the previous one because, if granted, the Court would not have jurisdiction to decide the question whether Plaintiff's claims involve the purchase or sale of securities.

        Respectfully submitted,

        **JACKSON WALKER L.L.P.**
        112 E. Pecan Street, Suite 2400
        San Antonio, Texas  78205
        Telephone:  (210) 978-7700
        Telecopier:  (210) 978-7790

        By: /s/ *Jason Rodgers*
            Jason Rodgers
            State Bar No. 24005540
            Reagan Marble
            State Bar No. 24087971
            Brian Oates
            State Bar No. 24088144

        ATTORNEYS FOR DEFENDANTS

## CERTIFICATE OF SERVICE

This is to certify that on this 5th day of December, 2018, a true and correct copy of the foregoing was served electronically upon all parties receiving notice via the Court's ECF/PACER system.

/s/ *Jason Rodgers*
Jason Rodgers