UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NIKOLAY RASTORGUEV §<br>§<br>  Plaintiff, §<br>§<br>v. §<br>§<br>DAVID SEPIACHVILI, §<br>DAVID A. SEPIASHVILI, §<br>ATERRA EXPLORATION, LLC, §<br>SOUTHTEX ENERGY CORP., §<br>LEVEL ONE ADVISORS, INC., and §<br>TIGHT ROCK COMPANY, LLC, §<br>§<br>  Defendants. § | Civil Action No.  5:18-CV-00966-FB |

## NOTICE OF ADR OUTCOME

Respectfully submitted,

**RAYMOND J. MARKOVICH**
351 Westbourne Drive
West Hollywood, CA 90048
(323) 401-8032
Fax: (212) 634-4546
rjmarkovich@me.com

By: /s/ *Raymond J. Markovich*
Raymond J. Markovich
New York Bar No. 2582419
*Pro Hac Vice*
**ATTORNEY FOR PLAINTIFF**

1

Plaintiff Nikolay Rastorguev ("Plaintiff") hereby serves this Notice Of ADR Outcome and respectfully requests this Court for the relief requested below.

## I.   FACTS

On February 14, 2019, the Court entered an Order [DKT 28] granting Defendants' Motion to Compel Arbitration [DKT 20] as to all claims related to the Special Purpose Loan Agreement ("SPLA") [Cplt., at 6–10] and denied the Motion without prejudice as to all claims concerning the Austin Chalk Development Project ("Austin Chalk") [Cplt., at 10–15]. The Court's Order also stayed all proceedings in this case pending completion of the arbitration [DKT 28]. On October 22, 2019 [DKT 39], the Court administratively closed this case.

In compliance with the Court's Order [DKT 28], the Parties arbitrated the SPLA claims in December 2019 in San Antonio, Texas. Arbitrator Richard Alsup issued an award in Plaintiff's favor on March 25, 2020 ("Award") a true and correct copy of which is attached hereto and incorporated herein.

On June 22, the Parties submitted a Joint Status Report [DKT 44] asking the Court to lift the stay [DKT 28] and administrative closure [DKT 39] on July 3, 2020.

On July 8, 2020, Defendants' served Defendants' Second Motion To Compel Arbitration of the Austin Chalk claims [DKT 45].

## II.   PRAYER

Plaintiff hereby respectfully requests confirmation of the Award and entry of judgment on the SPLA claims.

3

**ECF SERVICE**

This is to certify that on July 10, 2020, a true and correct copy of the foregoing was served electronically upon all parties receiving notice via the Court's ECF/PACER system.

> By: /s/ *Raymond J. Markovich*
> Raymond J. Markovich
> New York Bar No. 2582419
> *Pro Hac Vice*
> **ATTORNEY FOR PLAINTIFF**