UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NIKOLAY RASTORGUEV §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>DAVID SEPIACHVILI, §<br>DAVID A. SEPIASHVILI, §<br>ATERRA EXPLORATION, LLC, §<br>SOUTHTEX ENERGY CORP., §<br>LEVEL ONE ADVISORS, INC., and §<br>TIGHT ROCK COMPANY, LLC, §<br>§<br>Defendants. § | Civil Action No. 5:18-CV-00966-FB |

## SIXTH JOINT STATUS REPORT REGARDING STATUS OF ARBITRATION PROCEEDING

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff **NIKOLAY RASTORGUEV** ("Plaintiff") and Defendants, **DAVID SEPIACHVILI, DAVID A. SEPIASHVILI, ATERRA EXPLORATION, LLC, SOUTHTEX ENERGY CORP., LEVEL ONE ADVISORS, INC., and TIGHT ROCK COMPANY, LLC,** ("Defendants") (all collectively referred to herein as "the Parties") and submit this Sixth Joint Status Report per the Court's Order of January 19, 2021 (Dkt. 61) in connection with the above-styled and numbered civil action. The Parties would respectfully show as follows:

1. The parties will arbitrate this matter virtually before Arbitrator Harper Estes, Esq. on June 14-17, 2021 ("Trial").

2. The parties are currently engaged in discovery prior to Trial.

May 14, 2021

Respectfully submitted,

**RAYMOND J. MARKOVICH**
351 Westbourne Drive
West Hollywood, CA 90048
(323) 401-8032
Fax: (212) 634-4546
rjmarkovich@me.com

By: /s/ *Raymond J. Markovich*
Raymond J. Markovich
New York Bar No. 2582419
*Pro Hac Vice*
**ATTORNEY FOR PLAINTIFF**

AND

**HOLLIDAY ENERGY LAW GROUP PC**
4040 Broadway St, Suite 350
San Antonio, TX 78209
ben@theenergylawgroup.com
Tel: 210-469-3187 ext. 100

By: /s/ *Benjamin B. Holliday*
Benjamin B. Holliday
State Bar No. 24049423
*Pro Hac Vice*
**ATTORNEYS FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

This is to certify that on May 14, 2021, a true and correct copy of the foregoing was served electronically upon all parties receiving notice via the Court's ECF/PACER system.

By: /s/ *Raymond J. Markovich*  
Raymond J. Markovich