## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **NIKOLAY RASTORGUEV** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| v. | § | Civil Action No.  **5:18-CV-00966-FB** |
| | § | |
| **DAVID SEPIACHVILI,** | § | |
| **DAVID A. SEPIASHVILI,** | § | |
| **ATERRA EXPLORATION, LLC,** | § | |
| **SOUTHTEX ENERGY CORP.,** | § | |
| **LEVEL ONE ADVISORS, INC., and** | § | |
| **TIGHT ROCK COMPANY, LLC,** | § | |
| | § | |
| **Defendants.** | § | |

## EIGHTH JOINT STATUS REPORT REGARDING
## STATUS OF ARBITRATION PROCEEDING

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES Plaintiff **NIKOLAY RASTORGUEV** ("Plaintiff") and Defendants, **DAVID SEPIACHVILI, DAVID A. SEPIASHVILI, ATERRA EXPLORATION, LLC, SOUTHTEX ENERGY CORP., LEVEL ONE ADVISORS, INC., and TIGHT ROCK COMPANY, LLC,** ("Defendants") (all collectively referred to herein as "the Parties") and submit this Eighth Joint Status Report per the Court's Order of August 20, 2021 (Dkt. 72) in connection with the above-styled and numbered civil action. The Parties would respectfully show as follows:

1.      The Parties arbitrated this matter virtually before Arbitrator Harper Estes, Esq. on June 14-17, 2021 ("Trial").

2.      The Parties filed Post-Trial Briefs by July 19, 2021.

3.      The Parties filed petitions for attorney's fees and costs by July 26, 2021.

4.      An arbitration Award is expected to be issued by September 1, 2021.

August 27, 2021

Respectfully submitted,

**RAYMOND J. MARKOVICH**
351 Westbourne Drive
West Hollywood, CA 90048
(323) 401-8032
Fax: (212) 634-4546
rjmarkovich@me.com

/s/ *Raymond J. Markovich*
Raymond J. Markovich
New York Bar No. 2582419
*Pro Hac Vice*
**ATTORNEY FOR PLAINTIFF**

AND

**HOLLIDAY ENERGY LAW GROUP PC**
4040 Broadway St, Suite 350
San Antonio, TX 78209
ben@theenergylawgroup.com
Tel: 210-469-3187 ext. 100

/s/ *Benjamin B. Holliday*
Benjamin B. Holliday
State Bar No. 24049423
*Pro Hac Vice*
**ATTORNEYS FOR DEFENDANTS**

2

**<u>CERTIFICATE OF SERVICE</u>**

This is to certify that on August 27, 2021, a true and correct copy of the foregoing was served electronically upon all parties receiving notice via the Court's ECF/PACER system.

<u>/s/ *Raymond J. Markovich*</u>
Raymond J. Markovich