UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NIKOLAY RASTORGUEV | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No.  5:18-CV-00966-FB |
| DAVID SEPIACHVILI, DAVID A. SEPIASHVILI, ATERRA EXPLORATION, LLC, SOUTHTEX ENERGY CORP., LEVEL ONE ADVISORS, INC., and TIGHT ROCK COMPANY, LLC, | § § § § § § § § | |
| Defendants. | § | |

### [PROPOSED] FINAL JUDGMENT IN A CIVIL ACTION

The Court has ordered that Plaintiff Nikolay Rastorguev recover on all claims related to the Special Purpose Loan Agreement from, jointly and severally, Defendants David Sepiachvilli, David A. Sepiashvili, Aterra Exploration, LLC, Southtex Energy Corp. and Tight Rock Company, LLC the amount of $1,782,906 plus post-judgment interest of 4% per annum from June 1, 2020 until paid in full. [Dkt. 49-1]. The Action was tried by Arbitrator Richard Alsup with an award issued on March 25, 2020.

The Court has also ordered that Plaintiff Nikolay Rastorguev recover on all claims related to the Austin Chalk Development Project, jointly and severally, against Defendants David Sepiachvilli, David A. Sepiashvili, Aterra Exploration, LLC, Southtex Energy Corp., Level One Advisors, Inc. and Tight Rock Company, LLC in the amount of $993,275 plus post-judgment

interest of 5% per annum from September 25, 2021 until paid in full [Dkt. 74-1]. The Action was tried by Arbitrator Harper Estes, Esq. with an award issued on August 26, 2021.

Date: _____ CLERK OF COURT

_____
Signature of Clerk or Deputy Clerk

**ECF SERVICE**

This is to certify that on December 12, 2021, a true and correct copy of the foregoing was served electronically upon all parties receiving notice via the Court's ECF/PACER system.

By: /s/ *Raymond J. Markovich*
Raymond J. Markovich
New York Bar No. 2582419
*Pro Hac Vice*
**ATTORNEY FOR PLAINTIFF**