IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NIKOLAY RASTORGUEV, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| V. | ) | CIVIL ACTION NO. SA-18-CA-966-FB |
| | ) | |
| DAVID SEPIACHVILI, ET AL., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFF'S MOTION FOR CONFIRMATION
OF ADR AWARD AND ENTRY OF FINAL JUDGMENT**

Before the Court is Plaintiff's Motion for Confirmation of ADR Award and Entry of Final Judgment. (Docket no. 77). No response in opposition to the motion was filed. This matter comes before this Court pursuant to Plaintiff's Motion for Confirmation of ADR Award and Entry of Final Judgment requesting:

(1) confirmation of the award issued by Arbitrator Harper Estes, Esq. dated August 26, 2021 ("Award") and the entry of final judgment on all claims related to the Austin Chalk Development Project ("Austin Chalk"), jointly and severally, against Defendants David Sepiachvilli, David A. Sepiashvili, Aterra Exploration, LLC, Southtex Energy Corp., Level One Advisors, Inc. and Tight Rock Company, LLC in the amount of $993,275 plus post-judgment interest of 5% per annum from September 25, 2021 until paid in full (docket no. 74-1); and

(2) final judgment on all claims related to the Special Purpose Loan Agreement ("SPLA"), jointly and severally, against Defendants David Sepiachvilli, David A. Sepiashvili, Aterra Exploration, LLC, Southtex Energy Corp. and Tight Rock Company, LLC in the amount of $1,782,906 plus post-judgment interest of 4% per annum from June 1, 2020 until paid in full. (Docket no. 49-1).

Having considered the motion, and the entire record herein, the Court finds that the motion has merit and should be granted.

IT IS THEREFORE ORDERED that:

(1) that the Award is confirmed, and final judgment shall be entered on all claims related to the Austin Chalk, jointly and severally, against Defendants David Sepiachvilli, David A. Sepiashvili, Aterra Exploration, LLC, Southtex Energy Corp., Level One Advisors, Inc. and Tight Rock Company, LLC in the amount of $993,275 plus post-judgment interest of 5% per annum from September 25, 2021 until paid in full; and

(2) final judgment is entered on all claims related to the Special Purpose Loan Agreement ("SPLA"), jointly and severally, against Defendants David Sepiachvilli, David A. Sepiashvili, Aterra Exploration, LLC, Southtex Energy Corp. and Tight Rock Company, LLC in the amount of $1,782,906 plus post-judgment interest of 4% per annum from June 1, 2020 until paid in full.

It is so ORDERED.

SIGNED this 27th day of December, 2021.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE